

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.   8:19-PO- 248 (TWD) |
| | ) | |
| v. | ) | Information |
| | ) | |
| DARSHAN PATEL | ) | Violation:   8 U.S.C. § 1325(a)(1) |
| | ) | [Illegal Entry by Alien] |
| Defendant. | ) | |
| | ) | 1 Count |
| | ) | |
| | ) | |
| | ) | |
| | ) | County of Offense:   St. Lawrence |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Illegal Entry]**

On or about October 5, 2019, in St. Lawrence County in the Northern District of New York, the defendant, **DARSHAN PATEL**, an alien, entered the United States at a place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a).

Dated: October 16, 2019

GRANT C. JAQUITH
United States Attorney

By: */s/ Thomas Sutcliffe*
Thomas Sutcliffe
Assistant United States Attorney
Bar Roll No. 700766